PER CURIAM.

(No. 75-CC-884—

WEST SIDE ORGANIZATION HEALTH SERVICES CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 20, 1975.*

WEST SIDE ORGANIZATION HEALTH SERVICES CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.